WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KENNETH DAVID**,                                    CV # 05-1243-MO

          Plaintiff,

vs.                                                   ORDER

**COMMISSIONER of Social Security**,

          Defendant.

_____

        Attorney fees in the amount of $7,499.99 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address, above.


        DATED this 22 day of March , 2007.


                                        _____
                                        United States District Judge

Submitted on March 21, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff


ORDER - Page 1